# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131879

MARY MULLINS, Personal
Representative of the Estate of
Nina F. Mullins, Deceased,
                Plaintiff-Appellant,

v

ST. JOSEPH MERCY HOSPITAL,
d/b/a ST. JOSEPH MERCY
HEALTH SYSTEM, JASON
WHITE, M.D., RAFAEL J.
GROSSMAN, M.D., and
KIMBERLY STEWART, M.D.,
                Defendants-Appellees

and

JAMES R. BENGSTON, and
WALTER WHITEHOUSE, M.D.,
                Defendants.

_____/

SC: 131879
COA: 263210
Washtenaw CC: 03-000812-NH

On order of the Court, the application for leave to appeal the July 11, 2006 judgment of the Court of Appeals is considered, and it is GRANTED.

The Michigan Trial Lawyers Association, Michigan Defense Trial Counsel, Inc., Michigan Health and Hospital Association, and Michigan State Medical Society are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2007

Clerk